WILLIAM F. BARNARD, Appellant, *v.* HERBERT H. CHILDS et al., Respondents.

(Argued January 18, 1935; decided April 16, 1935.)

*Bruce R. Duncan* for appellant.
*George J. McDonnell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH and LOUGHRAN, JJ. O'BRIEN and FINCH, JJ., dissent and vote for reversal.